~~SEALED~~

**CASE UNSEALED PER ORDER OF COURT**

FILED
JUN 19 2018
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

April 2018 Grand Jury

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>VICTOR CARRASCO (1),<br>    aka "Mico,"<br>ISAIAS MORALES (2),<br>    aka "Lil Man,"<br>    aka "Charlie,"<br>MARIO ZUNIGA-BARRAGAN (3),<br>CESAR AGUILAR RODRIGUEZ (4),<br><br>    Defendants. | Case No. __18 CR 2970 CAB__<br><br>I N D I C T M E N T<br><br>Title 21, U.S.C., Secs. 841(a)(1) and 846 - Conspiracy to Distribute Methamphetamine and Heroin; Title 21, U.S.C., Sec. 841(a)(1) - Possession of Methamphetamine and Heroin with Intent to Distribute; Title 18, U.S.C., Sec. 2 - Aiding and Abetting; Title 21, U.S.C., Sec. 853 - Criminal Forfeiture |

The grand jury charges:

Count 1

Beginning on a date unknown to the grand jury, and continuing up to and including June 14, 2018, within the Southern District of California, and elsewhere, defendants VICTOR CARRASCO, aka "Mico," ISAIAS MORALES, aka "Lil Man," aka "Charlie," and CESAR AGUILAR RODRIGUEZ, did knowingly and intentionally conspire with each other and with other persons known and unknown to the grand jury to distribute 50 grams and more of methamphetamine (actual), a Schedule II Controlled

ADBL:nlv:San Diego
6/19/18

1 | Substance; in violation of Title 21, United States Code,
2 | Sections 841(a)(1) and 846.

### Count 2

Beginning on a date unknown to the grand jury, and continuing up to and including June 14, 2018, within the Southern District of California, and elsewhere, defendants VICTOR CARRASCO, aka "Mico," and MARIO ZUNIGA-BARRAGAN, did knowingly and intentionally conspire with each other and with other persons known and unknown to the grand jury to distribute a mixture and substance containing a detectable amount of heroin, a Schedule I Controlled Substance; in violation of Title 21, United States Code, Sections 841(a)(1) and 846.

### Count 3

On or about June 30, 2017, within the Southern District of California, defendants VICTOR CARRASCO, aka "Mico," ISAIAS MORALES, aka "Lil Man," aka "Charlie," and CESAR AGUILAR RODRIGUEZ, did knowingly possess with intent to distribute 50 grams and more, to wit: approximately 52 grams of methamphetamine (actual), a Schedule II Controlled Substance; in violation of Title 21, United States Code, Section 841(a)(1), and Title 18, United States Code Section 2.

### Count 4

On or about August 29, 2017, within the Southern District of California, defendants VICTOR CARRASCO, aka "Mico," and MARIO ZUNIGA-BARRAGAN, did knowingly possess with intent to distribute a mixture and substance containing a detectable amount of heroin, a Schedule I Controlled Substance; in violation of Title 21, United States Code, Section 841(a)(1), and Title 18, United States Code Section 2.

//
//

FORFEITURE ALLEGATION

1. The allegations contained in Counts 1 through 4 are realleged and by their reference fully incorporated herein for the purpose of alleging forfeiture to the United States of America pursuant to the provisions of Title 21, United States Code, Section 853.

2. As a result of the commission of the felony offenses alleged in Counts 1 through 4 of this Indictment, said violations being punishable by imprisonment for more than one year and pursuant to Title 21, United States Code, Sections 853(a)(1) and 853(a)(2), defendants VICTOR CARRASCO, aka "Mico," ISAIAS MORALES, aka "Lil Man," aka "Charlie," CESAR AGUILAR RODRIGUEZ, and MARIO ZUNIGA-BARRAGAN shall, upon conviction, forfeit to the United States all their rights, title and interest in any and all property constituting, or derived from, any proceeds the defendants obtained, directly or indirectly, as the result of the offenses, and any and all property used or intended to be used in any manner or part to commit and to facilitate the commission of the violations alleged in Counts 1 through 4 of this Indictment.

3. If any of the above-described forfeitable property, as a result of any act or omission of the defendants:

    a. cannot be located upon the exercise of due diligence;
    b. has been transferred or sold to, or deposited with, a third party;
    c. has been placed beyond the jurisdiction of the Court;
    d. has been substantially diminished in value; or
    e. has been commingled with other property which cannot be subdivided without difficulty;

//
//

it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p), to seek forfeiture of any other property of the defendants up to the value of the said property listed above as being subject to forfeiture.

All in violation of Title 21, United States Code, Section 853.

DATED: June 19, 2018.

A TRUE BILL:

Foreperson

ADAM L. BRAVERMAN
United States Attorney

By:
A. DALE BLANKENSHIP
Assistant U.S. Attorney