# United States District Court
### SOUTHERN DISTRICT OF CALIFORNIA

**FILED**
JUL 27 2018
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES OF AMERICA

V.

Cesar Aguilar Rodriguez (4)

## WARRANT FOR ARREST

**Case Number:** 18-cr-2970-CAB-4

~~NOT FOR PUBLIC VIEW~~

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest     Cesar Aguilar Rodriguez (4)
                                          Name

and bring him or her forthwith to the nearest magistrate to answer a(n)

☒ Indictment   ☐ Information   ☐ Complaint   ☐ Order of Court   ☐ Violation Notice   ☐ Probation Violation Petition   ☐ Pretrial Violation

charging him or her with (brief description of offense):
21:841(a)(1), 846 – Conspiracy to Distribute Methamphetamine and Heroin
21:841(a)(1) – Possession of Methamphetamine and Heroin with Intent to Distribute
18:2 – Aiding and Abetting
21:853 – Criminal Forfeiture

DATE: 6/26/18
ARRESTED BY: Andy Troutman HSI
STEVEN C. STAFFORD
U.S. MARSHAL, S/CA
BY: _____

RECEIVED
2018 JUN 20 PM 12:29
U.S. MARSHALS-S/CA

In violation of Title   See Above   United States Code, Section(s) _____

John Morrill
Name of Issuing Officer

Clerk of the Court
Title of Issuing Officer

s/ L. Cervantes   *L. Cervantes*
Signature of Deputy

6/20/2018; San Diego, CA
Date and Location

Bail fixed at $   No Bail   by   The Honorable Karen S. Crawford
                                    Name of Judicial Officer

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above-named defendant at _____ |

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |