# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | CASE NUMBER 18CR2970-CAB |
| ) | |
| vs ) | ABSTRACT OF ORDER |
| ) | |
| ) | Booking No. 71240298 |
| Cesar Aguilar Rodriguez ) | |
| ) | |

TO THE UNITED STATES MARSHAL AND / OR WARDEN, METROPOLITAN CORRECTIONAL CENTER:

Be advised that under date of _9/13/2018_
the Court entered the following order:

✓ _____ Defendant be released from custody.

_____ Defendant placed on supervised / unsupervised probation / supervised release.

_____ Defendant continued on supervised / unsupervised probation / supervised release.

✓ _____ Defendant released on $ _20,000 P/S_ _____ bond posted.

_____ Defendant appeared in Court. FINGERPRINT & RELEASE.

_____ Defendant remanded and ( _____ bond) ( _____ bond on appeal) exonerated.

_____ Defendant sentenced to TIME SERVED, supervised release for _____ years.

_____ Bench Warrant Recalled.

_____ Defendant forfeited collateral.

_____ Case dismissed.

_____ Case dismissed, charges pending in case no. _____

_____ Defendant to be released to Pretrial Services for electronic monitoring.

_____ Other.

RECEIVED
U.S. MARSHALS-S/CA
2018 SEP 13 AM 10:50

Peter C. Lewis
UNITED STATES DISTRICT/MAGISTRATE JUDGE

OR

Received _____
DUSM

JOHN MORRILL                    Clerk
by _____      ext. 6703
                                Deputy Clerk

Crim-9   (Rev. 8-11)                                    ★ U.S. GPO: 1996-783-398/40151

CLERK'S COPY